[No. 14980-0-II.   Division Two.   September 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY EUGENE SAYER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-8-00183-5, William G. Knebes, J. Pro Tem., entered April 18, 1991. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Morgan, J., and Petrich, J. Pro Tem.

[No. 15098-1-II.   Division Two.   September 15, 1993.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. SPO-CAB, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-2-00660-1, Paula Casey, J., entered June 11, 1991. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Petrich, J. Pro Tem.

[No. 14833-1-II.   Division Two.   September 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE SCOTT MCNEIL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-01055-4, Thomas L. Lodge, J., entered March 22, 1991. *Reversed* by unpublished opinion per Reed, J. Pro Tem., concurred in by Morgan, J., and Guy, J. Pro Tem.

Withdrawn November 17, 1993. See 72 Wn. App. 1031.